IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **HORACE SAVOY, AND WIFE,** | § | |
| **TIFFANY SAVOY** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| **MINSTAR TRANSPORT, INC.,** | § | |
| **RICHARD MCGOWLAN,** | § | |
| **KUBOTA TRACTOR** | § | |
| **CORPORATION AND MARUBENI** | § | |
| **TRANSPORT SERVICES CORP.** | § | **JURY TRIAL REQUESTED** |

LIST OF PARTIES, ATTORNEYS, AND COURT
FROM WHICH CASE IS BEING REMOVED

TO THE HONORABLE UNITED STATES DISTRICT COURT:

**Plaintiffs:** HORACE SAVOY and TIFFANY SAVOY

**Counsel for Plaintiff:** Gilbert T. Adams, III
State Bar No. 00790201
GILBERT ADAMS LAW OFFICES
1855 Calder Avenue at Third
P.O. Drawer 3688
Beaumont, Texas  77704
Phone (409) 835-3000
Facsimile (409) 832-6162
gilbert@gta-law.com

**Defendants:** **MINSTAR TRANSPORT, INC.**
**RICHARD MCGOWLAN**

**Counsel for Defendant:** Robert L. Ramey
State Bar No. 16498200
Lee D. Thibodeaux
State Bar No. 19834200
RAMEY, CHANDLER, QUINN & ZITO, P.C.
750 Bering, Suite 600
Houston, Texas 77057

        Telephone:  (713) 266-0074
        Facsimile:   (713) 266-1064
        lthibodeaux@ramey-chandler.com

**Defendant:**         **KUBOTA TRACTOR**

**Counsel for Defendant Kubota:**    W.T. Womble
        THE WOMBLE LAW FIRM
        8 Eaton Square
        Houston, Texas 77027
        Telephone (713) 882-7468
        wt@womco.com

**Defendant:**         **MARUBENI TRANSPORT SERVICE CORP.**

**Court from which case is being removed:**    The Honorable Justin Sanderson
        60th Civil District Court
        Jefferson County Courthouse
        1149 Pearl Street
        Beaumont, TX 77701
        (409) 835-8472

Respectfully submitted,

**RAMEY, CHANDLER, QUINN & ZITO, P.C.**

/s/ Robert L. Ramey
Robert L. Ramey
State Bar No.  16498200
Lee D. Thibodeaux
State Bar No. 19834200
750 Bering, Suite 600
Houston, Texas 77057
Telephone:  (713) 266-0074
Facsimile:   (713) 266-1064
rlr@ramey-chandler.com
lthibodeaux@ramey-chandler.com
**ATTORNEY FOR DEFENDANTS,
MINSTAR TRANSPORT, INC.
AND RICHARD MCGOWLAN**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was sent to all opposing counsel via facsimile and/or email on the 28th day of March, 2017.

Gilbert T. Adams, III
GILBERT ADAMS LAW OFFICES
P.O. Drawer 3688
Beaumont, Texas  77704
Attorney for Plaintiffs

W.T. Womble
THE WOMBLE LAW FIRM
8 Eaton Square
Houston, Texas 77027
Attorney for Kubota Tractor Corporation

                                        /s/ Robert L. Ramey
                                        Robert L. Ramey