IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **HORACE SAVOY, AND WIFE,** § | | |
| **TIFFANY SAVOY** § | | |
| § | | |
| **VS.** § | **CIVIL ACTION NO. _____** | |
| § | | |
| **MINSTAR TRANSPORT, INC.,** § | | |
| **RICHARD MCGOWLAN,** § | | |
| **KUBOTA TRACTOR** § | | |
| **CORPORATION AND MARUBENI** § | | |
| **TRANSPORT SERVICES CORP.** § | **JURY TRIAL REQUESTED** | |

**DEFENDANTS MINSTAR TRANSPORT, INC.'S and RICHARD McGOWLAN'S
INDEX OF DOCUMENTS FILED WITH REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 28 U.S.C. §§1446(a), 1447(b) and Local Rule 81, MINSTAR TRANSPORT, INC. and RICHARD McGOWLAN Defendants in the above-entitled and numbered cause, files the following documents with the removed action:

1. **Jefferson County Docket Sheet;**

2. **Plaintiff's Original Petition;**

3. **Citation issued upon Minstar Transport, Inc.;**

4. **Index of Documents Filed with Removal**;

5. **List of Parties, Attorneys and Court from Which Case is Being Removed; and**

6. **Civil Cover Sheet.**

Respectfully submitted,

**RAMEY, CHANDLER, QUINN & ZITO, P.C.**

/s/ Robert L. Ramey
Robert L. Ramey
State Bar No.  16498200
Lee D. Thibodeaux
State Bar No. 19834200
750 Bering, Suite 600
Houston, Texas 77057
Telephone:  (713) 266-0074
Facsimile:   (713) 266-1064
rlr@ramey-chandler.com
lthibodeaux@ramey-chandler.com
**ATTORNEY FOR DEFENDANTS,
MINSTAR TRANSPORT, INC.
AND RICHARD MCGOWLAN**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent to all opposing counsel via facsimile and/or email on the 31st day of March, 2017.

Gilbert T. Adams, III
GILBERT ADAMS LAW OFFICES
P.O. Drawer 3688
Beaumont, Texas  77704
Attorney for Plaintiffs

W.T. Womble
THE WOMBLE LAW FIRM
8 Eaton Square
Houston, Texas 77027
Attorney for Kubota Tractor Corporation

/s/ Robert L. Ramey
Robert L. Ramey