# CIVIL DOCKET, DISTRICT COURT

CASE NO. B-0199637-

| NUMBER OF CASE | NAMES OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING |
|---|---|---|---|---|
| B-0199637- | SAVOY, VS MINSTAR TRANSPORT INC | ADAMS, GILBERT T III PLFT<br>NO ATTORNEY AT THIS TIME DEFT | PERSONAL INJURY | 2/23/2017 |
| | | | DISPOSITION DATE | JURY FEE | DATE |
| | | | | 40.00 | 2/24/17 |
| DATE OF ORDERS | | | | PROCESS |

## ORDERS OF THE COURT

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
MAR 2 2 2017
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
BY _____ DEPUTY
DR.

C0199637---00004

Citation by Mailing

# THE STATE OF TEXAS

No. B-0199637

HORACE SAVOY ET AL
VS. MINSTAR TRANSPORT INC., ET AL

## CITATION BY MAILING

### 60 th JUDICIAL DISTRICT COURT
### of JEFFERSON COUNTY, TEXAS

To: MINSTAR TRANSPORT INC
   BY SERVING ITS CEO, MR. MITCHELL MILLER

by serving at:
837 APOLLO ROAD
EAGAN, MN   55121 0000

DEFENDANT:

NOTICE:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's Office, 1085 Pearl, Room 203, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office. The case is presently pending before the 60 th District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 23rd day of February, 2017. It bears cause number B-0199637 and is styled:

Plaintiff:

HORACE SAVOY ET AL

VS.

MINSTAR TRANSPORT INC., ET AL

Defendant:

The name and address of the attorney for plaintiff (or plaintiff, if pro se) is:

ADAMS, GILBERT T III, Atty.
1855 CALDER AVENUE P O DRAWER 3688
BEAUMONT, TX   77704 0

The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) ALSO ATTACHED, LETTER DESIGNATING ALL CASES EFILE accompanying this citation and made a part thereof.

Issued under my hand and the seal of said court, at Beaumont, Texas, this the 24th day of February, 2017.

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

BY *Jennifer Pierce*

Jennifer

Deputy

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

March 22, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

## RETURN OF SERVICE

B-0199637    60 th JUDICIAL DISTRICT COURT
HORACE SAVOY ET AL
MINSTAR TRANSPORT INC., ET AL

Executed when copy was delivered:
This is a true copy of the original citation, was delivered to defendant Minstar Transport Inc on the 2 day of March, 20 17.

_____, Officer
_____, County, Texas
By: _____, Deputy

**ADDRESS FOR SERVICE:**
MINSTAR TRANSPORT INC
BY SERVING ITS CEO, MR. MITCHELL MILLER
837 APOLLO ROAD

EAGAN, MN 55121 0000

### OFFICER'S RETURN

Came to hand on the 8 day of March, 20 17, at 8 o'clock A.m., and executed in Jefferson, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation by Mailing at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| Minstar Transport, Inc | 3/2/17 @ 11:28 a.m. | 837 Apollo Rd Eagan, MN 55121-0000 |

And not executed as to the defendant(s),

The diligence used in finding said defendant(s) being:
Certified Mail

and the cause or failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

**FEES:**
Serving Petition and Copy $ 70.00
Total $ _____

_Jamie Smith_, Officer
_____, County, Texas
By: _Ellin Beagh_, Deputy
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and my address is
           (First, Middle, Last)

_____
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

March 22, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

(Id # expiration of certification)

JAMIE SMITH
DISTRICT CLERK'S OFFICE
1085 PEARL ST RM 203
BEAUMONT, TX 77701-3545



9214 8901 0661 5400 0103 3379 48

**RETURN RECEIPT (ELECTRONIC)**

MINSTAR TRANSPORT, INC.
CEO, MR. MITCHELL MILLER
837 APOLLO RD
EAGAN, MN 55121-2243

CUT / FOLD HERE

6"X9" ENVELOPE
CUT / FOLD HERE

CUT / FOLD HERE

**FILED**
at  9:25  o'clock  A  M

MAR 8 2017

JAMIE SMITH, DISTRICT CLERK
Jefferson County, Texas
BY _Ellen Bogle_ DEPUTY



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

March 22, 2017

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

IMpbCertified8x5Label v2016.09.29.91



**UNITED STATES POSTAL SERVICE.**

Date: March 2, 2017

MAIL MAIL:

The following is in response to your March 2, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901066154000103337948. The delivery record shows that this item was delivered on March 2, 2017 at 11:28 am in SAINT PAUL, MN 55121. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :   837 APollo

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Reference ID: 92148901066154000103337948

MINSTAR TRANSPORT, INC.
CEO, MR. MITCHELL MILLER
837 Apollo Rd
Eagan, MN 55121-2243



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
March 22, 2017
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

ertified Document Number: 1767216 Total Pages: 4

accordance with Texas Government Code 51.301 electronically transmitted authenticated documents
e valid. If there is a question regarding the validity of this document and or seal please e-mail
strictclerk@co.jefferson.tx.us