**Subject:** Horace Savoy v. Minstar Transport, Inc., et al
**Date:** Friday, September 23, 2016 at 11:56:34 PM Central Daylight Time
**From:** Gilbert Adams
**To:** Daniel French
**CC:** Gilbert Adams, Misty Wenger
**Attachments:** image001.png, image002.png

Mr. French:

I trust you received our letter of representation of the Savoys in this matter. We would appreciate the opportunity to take the statement of the Minstar driver. Additionally, we would appreciate receiving any witness statements, photographs and video that may be relevant.

To the extent Minstar had in place rules, policies procedures for the loading and/or unloading of the trailer/van, we would like to have a copy of these documents.

We request the driver logs and his personnel file be preserved and maintained as required by the Federal Motor Carrier Safety Standards. We are requesting a copy of these two items.

We would like the opportunity to inspect the interior of the trailer/van, certainly before any change of any kind is made. We regard it as evidence in the case and request that it or any other document, evidence or thing not be spoliated and be preserved as evidence in any necessary or potential litigation.

As mentioned, I will be glad to share medical with you as received. As you may have learned, Mr. Savoy has worked for Beaumont Tractor for 7 years and is highly thought of in his job. He is paid $14.00 per hour by Beaumont Tractor and worked a 40 hour work week.

Mr. Savoy is married to Tiffany Savoy. Mrs. Savoy is an employee of Beaumont Bone and Joint. As you know, Mr. Savoy's ankle and both wrists are broke – he is in need of 24/7 care. He can't use crutches because of the injuries to his wrists. He can't even feed himself or hold a glass/cup of water. He is unable to engage in basic hygiene, such as cleaning himself after a bowel movement, applying deodorant, brushing his teeth or cleaning his body. I would appreciate Minstar's consideration of an advance on any eventual settlement of $2,000.00 representing the wages that _she_ will lose as she cares for him. Alternatively and even better, if Minstar would engage a home health nurse for 6-8 hours a day which might allow her to resume at least some of her lost hours at Beaumont Bone & Joint.

I will be in deposition Monday morning at least until early afternoon and should be available after 2:00 if you wish to discuss these matters or have questions or comments.

Thank you for your consideration of these matters.

Gilbert T. Adams, III
GILBERT ADAMS LAW OFFICES
1855 Calder Avenue @ Third Street
Beaumont, Texas 77701
(409)835-3000 Telephone


EXHIBIT A

(409)832-6162 Facsimile
(800)688-4482 Toll Free
www.gta-law.com
www.jagranch.com
gilbert@gta-law.com

SINCE 1930 – Protecting the legal rights of Texas workers, consumers, victims and their families for more than 85 years.

AREAS OF PRACTICE: We are a full-service personal injury and commercial litigation firm handling a wide variety of cases. Our lawyers have extensive experience in the areas of: 18-wheeler collisions and commercial vehicle accidents, wrongful death, insurance denial, construction accident and job injuries, defective products, refinery accidents, explosions and releases, dangerous premises, serious auto accidents, DWI accidents, watercraft accident, log truck collisions, brain/head injuries, burn and electrical injuries, spinal cord injuries, premises liability, sexual assault, negligent security, aviation accidents, professional negligence and malpractice, dangerous drugs, RSD/CRPS injuries, FELA and Jones Act cases, breach of contract, fraud, commercial litigation and many other types of personal injury and wrongful death cases.



**LIFE MEMBER**
**MILLION DOLLAR ADVOCATES FORUM**
The Top Trial Lawyers In America™



Gilbert T. Adams, III

visit superlawyers.com

Unless expressly stated to the contrary herein, nothing in this message should be construed as a digital or electronic signature. This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521and is legally privileged and confidential. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not the intended recipient, please immediately notify us by telephone (collect 409.835.3000) and by email, and destroy the original message.