

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
EASTERN DISTRICT OF TEXAS

DAVID A. O'TOOLE
Clerk

Jack Brooks Federal Building
300 Willow, Room 104
Beaumont, TX  77701

June 8, 2017



Clerk of Court
60th Judicial District Court
1001 Pearl
Beaumont, TX 77701

In Re:  1:17cv126 (formerly B-199637) Horace Savoy, et al vs. Minstar Transport Inc, et al

Dear Clerk:

Pursuant to the order remanding this cause of action to your court, we are transmitting certified copies of the remand order and docket sheet.

We would appreciate you acknowledging receipt of these documents on the copy of this letter and returning it to this office.

Sincerely,

DAVID A. O'TOOLE, CLERK

By: ___Tiffany Doyen___
        Deputy Clerk

Enclosures

FILED
at_____ o'clock_____.M

JUN 12 2017

JAMIE SMITH, DISTRICT CLERK
Jefferson County, Texas
BY_____ DEPUTY

Received items described above on this _____ day of _____, 2017.

By:  _____
     Clerk of Court -- Name and Title